George Haines Esq.
Nevada Bar No. 9411
Gerardo Avalos Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorneys for Plaintiff Eulaine Watkins*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eulaine Watkins,<br><br>      Plaintiff,<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; and Dish Network LLC,<br><br>      Defendants. | Case No.: 2:22-cv-00718-JAD-VCF<br><br>**Stipulation for an extension of time for Plaintiff to respond to Defendant Dish Network LLC's motion to dismiss**<br><br>(First request)  ECF Nos. 19, 21 |

  Eulaine Watkins ("Plaintiff") and Dish Network LLC ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, filed on June 16, 2021. This is the first request for an extension of this deadline.

The extension is sought because the parties are working together on a possible resolution to this matter and are seeking to avoid the additional time and expense of fully briefing the motion.

The parties agree that focusing their respective efforts on working towards resolution furthers the interests of this litigation and judicial economy. Accordingly, the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

The parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **July 30, 2022**.

Dated: June 30, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Eulaine Watkins*

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

/s/ Eric Zalud
Eric Zalud, Esq.
200 Public Square, Suite 2300
Cleveland, OH 44114- 2378
*Attorney for Defendant Dish Network LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
July 6, 2022