| | |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No 9411 |
| 3 | Gerardo Avalos, Esq. |
|   | Nevada Bar No.: 15171 |
| 4 | **FREEDOM LAW FIRM** |
| 5 | 8985 S Eastern Ave , Suite 350 |
| 6 | Las Vegas, Nevada 89123 |
| 7 | (702) 880-5554 |
| 8 | (702) 385-5518 (fax) |
|   | Ghaines@freedomlegalteam com |
| 9 | *Attorneys for Plaintiff Eulaine Watkins* |
| 10 | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eulaine Watkins, | Case No.: 2:22-cv-00718-JAD-VCF |
| Plaintiff, | **Stipulation and Order Dismissing Dish Network LLC with Prejudice** |
| v. | |
| National Consumer Telecom & Utilities Exchange, Inc ; and Dish Network LLC, | ECF Nos. 19, 26 |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eulaine Watkins and Dish Network, LLC stipulate to dismiss Plaintiff's claims against Dish Network, LLC with prejudice

///

///

_____

STIPULATION                                1

Each party will bear its own costs, disbursements, and attorney fees. Dated: July 27, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq
Gerardo Avalos, Esq
8985 S Eastern Ave, Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Eulaine Watkins*

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

/s/ Eric Zalud
Eric L. Zalud, Esq.
Laura E. Kogan, Esq.
200 Public Square, Suite 2300
Cleveland, OH 44114- 2378
*Counsel for Dish Network, LLC*

## ORDER

Based on the stipulation between Plaintiff and Defendant Dish Network, LLC [ECF No. 26], which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendant Dish Network, LLC are DISMISSED with prejudice,** each side to bear its own fees and costs. Dish Network's motion to dismiss **[19] is DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2022